**Order filed November 7, 2019**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00258-CR

_____

## RANDY SHAWN HOBBS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. 25287**

### O R D E R

Randy Shawn Hobbs, who is currently represented by court-appointed counsel Tim Copeland, has filed in this court a timely request to proceed pro se on appeal. Hobbs asserts that he has fired Copeland and that Copeland is no longer allowed to represent Hobbs. Hobbs indicates that he is now representing himself pro se in this appeal. We abate this appeal.

We must abate the appeal and remand the cause to the trial court so that the trial court may determine whether, after being warned of the dangers and disadvantages of self-representation, Hobbs competently and intelligently chooses

to exercise the right to represent himself. If it is determined that Hobbs remains indigent and is exercising his right to represent himself, the trial court must develop evidence as to whether Hobbs's decision to proceed without counsel is knowingly and intelligently made. *See Faretta v. California*, 422 U.S. 806 (1975); *Ex parte Davis*, 818 S.W.2d 64 (Tex. Crim. App. 1991); *Hubbard v. State*, 739 S.W.2d 341, 345 (Tex. Crim. App. 1987); *Webb v. State*, 533 S.W.2d 780, 783–86 (Tex. Crim. App. 1976). We note that Hobbs need not appear in person at the hearing and that the trial court may permit him to appear via telephone. The trial court is directed to enter findings of fact and conclusions of law and to make any appropriate recommendations to this court.

The clerk of the trial court is directed to prepare and forward to this court a supplemental clerk's record containing the findings, recommendations, and any orders of the trial court. The court reporter is directed to prepare and forward to this court the reporter's record from the hearing. These records are due to be filed in this court on or before December 9, 2019.

The appeal is abated.


November 7, 2019                                             PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.